UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTOS BIVIANO CHIPIN SAQUIC,<br><br>Plaintiff,<br><br>- against -<br><br>LA CHAPINCITA I, CORP., LA CHAPINCITA II, CORP. and LA CHAPINCITA III, CORP. all d/b/a LA CHAPINCITA and any other entities affiliated with or controlled by LA CHAPINCITA I, CORP., LA CHAPINCITA II, CORP. and LA CHAPINCITA III, CORP. and PEDRO ALEXANDER VELASQUEZ individually,<br><br>Defendants. | Case No.: 12-cv-5564 (RJD) (VMS)<br><br>**STIPULATION AND<br>ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit, provided that all payments pursuant to the Settlement Agreement have been made in full.

Dated: May 1, 2013

*Attorneys for Plaintiff*
By: _____
Kara Miller, Esq.
**Virginia & Ambinder LLP**
111 Broadway, Suite Suite 1403
New York, New York 10006
(212) 943-9080

*Attorneys for Defendants*
By: _____
Robert Vereb, Esq.
**The Portela Law Firm, P.C**
37-06 82nd Street, 3rd Floor
Jackson Heights, NY 11376
(718) 424-5000

So Ordered.

/s/ Judge Raymond J. Dearie

5/14/13